IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| STREAMLINE CONSULTING GROUP, LLC, | ) ) ) | CIVIL NO. 15-00318 SOM-RT |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| LEGACY CARBON, LLC, HAWAIIAN LEGACY REFORESTATION INITIATIVE, HLH, LLC, LEGACY HARDWOODS, INC., LEGACY HOLDINGS, LLC, JEFFREY DUNSTER, | ) ) ) ) ) ) ) ) ) | |
| Defendants. _____ | ) ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND
RECOMMENDATION TO GRANT IN PART AND DENY IN PART
<u>DEFENDANTS' REQUEST FOR ATTORNEY'S FEES AND COSTS</u>

Findings and Recommendation having been filed and served on all parties on April 6, 2020, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendations are adopted as the opinion and order of this Court.

IT IS SO ORDERED.



/s/ Susan Oki Mollway
Susan Oki Mollway
Senior United States District Judge